**Dismissed and Memorandum Opinion filed October 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00363-CV

_____

**WILFRIDO MATA, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-44692**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 9, 2014. The clerk's record was filed June 19, 2014. No reporter's record was taken. No brief was filed.

On September 4. 2014, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before October 6, 2014, the court would dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Brown and Wise.